# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Black, Susan H. | U. S. Court of Appeals | 04/24/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge-Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 N Hogan Street<br>Suite 14-150<br>Jacksonville, FL 32202-4258 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▇▇▇ Life Ins. Trust (Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 27 A 10: 19 FINANCIAL DISCLOSURE OFFICE

Black_Susan_H

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Duke University School of Law-appellate practice course | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | President of travel agency, self-employed |
| 2. 2008 | Real estate broker, self-employed |
| 3. 2008 | Owner of limo service, self-employed |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Florida Moot Court | Sep 4, 2008 | Gainesville, FL | Judge | Hotel and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 04/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage-Parcel 33 (Part VII, line 23) | P1 |
| 2. | SunTrust Bank | Mortgage-Parcel 39 (Part VII, line 44) | M |
| 3. | Mercantile Bank | Mortgage-Parcel 38 (Part VII, line 31) | N |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Real Estate Parcel 2 Amelia Island, FL | A | Rent | J | W | | | | | |
| 2. | Real Estate Parcel 5 Jacksonville, FL | | None | O | W | | | | | |
| 3. | American Cable TV, Ltd. Partnership | | None | | | Redeemed | 12/31 | J | | |
| 4. | Real Estate Parcel 10 Jacksonville, FL | | None | M | W | | | | | |
| 5. | Real Estate Parcel 13 Jacksonville, FL | E | Rent | N | W | | | | | |
| 6. | Wachovia Securities Account | | | | | Closed | 12/29 | J | | |
| 7. | -Wachovia Bank Deposit | A | Interest | | | Closed | 12/29 | J | | |
| 8. | Wachovia IRA | D | Int./Div. | K | T | | | | | |
| 9. | -Calamos Conv Opportunities & Income Fd | | | | | | | | | |
| 10. | -DWS Investment Trust Capital Growth Fd Cl B | | | | | | | | | |
| 11. | -Wachovia Bank Deposit | | | | | | | | | |
| 12. | -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | | | | | |
| 13. | Wachovia IRA | D | Int./Div. | L | T | | | | | |
| 14. | -AIM Basic Val Fd Cl B | | | | | Sold | 7/17 | J | A | |
| 15. | -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | Sold (part) | 7/17 | K | A | |
| 16. | -Hartford Mut Fds Inc Inflation Plus Fd Cl C | | | | | Sold | 7/17 | K | A | |
| 17. | -Blackrock Income Trust Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Wachovia Bank Deposit | | | | | | | | | |
| 19. | -Calamos Strategic Total Return Fd | | | | | | | | | |
| 20. | -Century Properties Fund XV LP | | | | | | | | | |
| 21. | Real Estate Parcel 29 Mars Hill, NC | D | Rent | N | W | | | | | |
| 22. | Real Estate Parcel 31 Jacksonville, FL | D | Rent | M | W | | | | | |
| 23. | Real Estate Parcel 33 Orange Park, FL | G | Rent | P1 | W | | | | | |
| 24. | Loan-Plumlee | A | Interest | J | U | | | | | |
| 25. | Real Estate Parcel 34 Mt Pleasant, IA | F | Rent | O | W | | | | | |
| 26. | Real Estate Parcel 35 Cocoa, FL | E | Rent | P1 | W | | | | | |
| 27. | Real Estate Parcel 36 Middleburg, FL | | None | | | Sold | 2/5 | M | A | Paul Hoffman, Trustee |
| 28. | Real Estate Parcel 37 Jacksonville, FL | | None | L | W | | | | | |
| 29. | Loan-Smith | | None | J | U | | | | | |
| 30. | SunTrust accounts | C | Interest | K | T | | | | | |
| 31. | Real Estate Parcel 38 Jacksonville, FL | | None | O | W | | | | | |
| 32. | Loan-S.K. Hong Inc | E | Interest | M | U | | | | | |
| 33. | Loan-Smith 2 | | None | K | U | | | | | |
| 34. | Loan-Bragg | | None | J | U | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE. (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Loan-Hewett 2 | | None | K | U | | | | | |
| 36. | Loan-Norman | | None | J | U | | | | | |
| 37. | Loan-Norman 2 | | None | J | U | | | | | |
| 38. | Loan-Lab Investments | E | Interest | M | U | | | | | |
| 39. | Loan-Songjaku | D | Interest | | | Closed | 12/18 | M | | |
| 40. | Loan-Gruber | B | Interest | | | Closed | 3/13 | J | | |
| 41. | Loan-Forte | D | Interest | L | U | | | | | |
| 42. | Compass Bank accounts | | None | J | T | | | | | |
| 43. | Mercantile Bank accounts | A | Interest | J | T | | | | | |
| 44. | Real Estate Parcel 39 Jacksonville, FL | | None | M | W | | | | | |
| 45. | Synthetic Industries LP | A | Distribution | | | Redeemed | 12/31 | J | | |
| 46. | Mid Atlantic Residential Investors LP | B | Distribution | J | W | | | | | |
| 47. | Real Estate Parcel 40 Jacksonville, FL | C | Rent | M | W | Buy | 7/18 | M | | Condo & Home Selector |
| 48. | Real Estate Parcel 41 Jacksonville, FL | B | Rent | L | W | Buy | 8/4 | L | | Alta Sienna LTC |
| 49. | Loan-Grumling | A | Interest | J | U | Open | 4/20 | K | | |
| 50. | Loan-Gibson | B | Interest | K | U | Open | 5/8 | K | | |
| 51. | Loan-Gibson 2 | | None | K | U | Open | 10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America account | | None | K | T | Open | 10/24 | J | | |
| 53. Real Estate Parcel 42 Jacksonville, FL (Part VIII) | A | Rent | M | W | Buy | 12/18 | M | | Fatbardh Songjaku |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H. | 04/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - ███ Life Insurance Trust - not listed in Part VII, as it is an unfunded trust.

Part VII, line 53 - Real estate parcel 42 was deeded back, and the mortgage on line 39 was released.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544